Asim Dietrich (Arizona Bar No. 027927)
Chris Carlsen (Arizona Bar No. 023608)
ARIZONA CENTER FOR DISABILITY LAW
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Telephone:   (602) 274-6287
Facsimile:   (602) 274-6779
E-mail:   adietrich@azdisabilitylaw.org
              ccarlsen@azdisabilitylaw.org
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Center for Disability Law, <br><br> Plaintiff, <br><br> vs. <br><br> Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Aaron Bowen, in his official capacity as Superintendent and Chief Executive Officer of the Arizona State Hospital, <br><br> DEFENDANTS. | No. CV-18-02854-PHX-BSB <br><br> **NOTICE OF WAIVER OF SERVICE OF SUMMONS** |

On September 12, 2018, Plaintiff Arizona Center for Disability Law, by and through their undersigned counsel, provided a Notice of a Lawsuit and Request to Waive Service of a Summons to Defendants Cara Christ at 150 N. 18th Ave., Phoenix, AZ 85007; and Aaron Bowen at 501 N. 24th St., Phoenix, AZ 85008. Plaintiff hereby gives notice that they received executed Waivers of the Service of Summons from Defendants on October 2, 2018. The executed Waivers are attached hereto.

///

///

///

///

RESPECTFULLY SUBMITTED this 3rd day of October, 2018.

ARIZONA CENTER FOR DISABILITY LAW

/s/Asim Dietrich
Asim Dietrich
Chris Carlsen
Arizona Center for Disability Law
5025 E. Washington St., Suite 202
Phoenix, Arizona 85034
*Attorneys for Plaintiff*

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on October 3, 2018, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Copy mailed the same date to:

HONORABLE BRIDGET S. BADE
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 324
401 West Washington Street, SPC 76
Phoenix, Arizona 85003-2120

Aubrey Joy Corcoran
OFFICE OF THE ATTORNEY GENERAL
2005 N Central Ave,
Phoenix, Arizona, 85004-1592
(602) 542-8890
aubreyjoy.corcoran@azag.gov

*/s/* Tanika Sherman