MARK BRNOVICH
Firm Bar No. 014000

Louis Caputo, No. 025398
Aubrey Joy Corcoran, No. 025423
Kevin D. Ray, No. 007485
Assistant Attorneys General
2005 N Central Ave
Phoenix, Arizona 85004
Telephone: (602) 542-8853
Email: EducationHealth@azag.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Center for Disability Law, | Case No. CV-18-02854-PHX-BSB |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Aaron Bowen, in his official capacity as Superintendent and Chief Executive Officer of the Arizona State Hospital, | |
| Defendants. | |

Defendants, Cara M. Christ, Aaron Bowen and the Arizona State Hospital hereby give notice that, Louis Caputo, Aubrey Joy Corcoran, and Kevin D. Ray will appear as counsel of record for the Defendants in this proceeding. Undersigned counsel hereby request that copies of all papers and pleadings be served upon counsel for the State Defendants at the address set forth above or in accordance with this Court's rules and procedures regarding electronic filing and service.

1 | RESPECTFULLY SUBMITTED this 9th day of November, 2018.

MARK BRNOVICH
Attorney General

s/ Aubrey Joy Corcoran
Louis Caputo
Aubrey Joy Corcoran
Kevin D. Ray
Assistant Attorneys General

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants of record.

/s/  Natasha Culbertson

#7453578

3