Asim Dietrich (Arizona Bar No. 027927)
Chris Carlsen (Arizona Bar No. 023608)
ARIZONA CENTER FOR DISABILITY LAW
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Telephone:   (602) 274-6287
Facsimile:   (602) 274-6779
E-mail:      adietrich@azdisabilitylaw.org
             ccarlsen@azdisabilitylaw.org
*Attorneys for Plaintiff*

MARK BRNOVICH
Attorney General

Lou Caputo (Arizona Bar No. 025398)
Aubrey Joy Corcoran (Arizona Bar No. 025423)
Kevin Ray (Arizona Bar No. 007485)
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:   (602) 542-7674
Facsimile:   (602) 542-7644
E-mail:      EducationHealth@azag.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Center for Disability Law, <br><br> Plaintiff, <br><br> vs. <br><br> Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Aaron Bowen, in his official capacity as Superintendent and Chief Executive Officer of the Arizona State Hospital, <br><br> Defendants. | No. 2:18-cv-02854-BSB <br><br> **JOINT REPORT ON SETTLEMENT TALKS** |

The Parties, having met in person and having engaged in good faith settlement talks by and through their undersigned counsel, submit this Joint Report on Settlement Talks.

1

On January 9, 2019, the Court entered a Case Management Order (Doc. 21), in which the Court ordered the Parties and their counsel to meet in person and engage in good faith settlement talks no later than February 7, 2019. Plaintiff's counsel, Asim Dietrich and Chris Carlsen, and Defendants' counsel, Louis Caputo, Aubrey Joy Corcoran, and Erin Cohen, met in person and held good faith settlement talks on February 7, 2019.

On February 6, 2019, Plaintiff's counsel provided Defendants' counsel with a proposed draft Case Resolution Stipulation to facilitate the February 7, 2019 settlement talks. During settlement talks, the Parties discussed Plaintiff's claims that have potential for resolution, areas of disagreement regarding Plaintiff's claims, and the content of Plaintiff's proposed draft Case Resolution Stipulation. The Parties were ultimately unable to arrive at a settlement to this litigation during the settlement talks held on February 7, 2019.

However, the Parties agreed that Defendants would review the proposed draft Case Resolution Stipulation and provide Plaintiff with an update at a later date regarding Defendants' amenability to a written Case Resolution Stipulation and/or Defendants' revisions to the proposed draft Case Resolution Stipulation. The Parties also agreed that Defendants' counsel would conduct a search for a potentially suitable private mediator, explore Defendants' availability for mediation, and provide Plaintiff's counsel with an update regarding the possibility of scheduling private mediation. The Parties agreed to continue with discovery as scheduled in the Case Management Order while discussing the possibility of engaging in private mediation.

//
//
//
//

RESPECTFULLY SUBMITTED this 14th day of February, 2019.

**ARIZONA CENTER FOR DISABILITY LAW**

/s/Asim Dietrich
Asim Dietrich
Chris Carlsen
Arizona Center for Disability Law
5025 E. Washington St., Suite 202
Phoenix, Arizona 85034
*Attorneys for Plaintiff*

**MARK BRNOVICH**
**ATTORNEY GENERAL**

*/s/ Louis Caputo*
Louis Caputo (025398)
Aubrey Joy Corcoran (025423)
Kevin D. Ray (007485)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004
*Attorneys for Defendants*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February 14, 2019, I electronically transmitted the foregoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Louis Caputo (Arizona Bar No. 025398)
Aubrey Joy Corcoran (Arizona Bar No. 025423)
Kevin D. Ray (Arizona Bar No. 007485)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004
Telephone (602) 542-8349
Louis.Caputo@azag.gov
AubreyJoy.Corcoran@azag.gov
Kevin.Ray@azag.gov
EducationHealth@azag.gov

/s/ Tanika Sherman