Asim Dietrich (Arizona Bar No. 027927)
Chris Carlsen (Arizona Bar No. 023608)
ARIZONA CENTER FOR DISABILITY LAW
5025 E. Washington Street, Suite 202
Phoenix, AZ 85034
Telephone:   (602) 274-6287
Facsimile:   (602) 274-6779
E-mail:      adietrich@azdisabilitylaw.org
             ccarlsen@azdisabilitylaw.org
*Attorneys for Plaintiff*

MARK BRNOVICH
Attorney General
Firm Bar No. 14000

Louis Caputo (025398)
Aubrey Joy Corcoran (025423)
Kevin D. Ray (007485)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004
Telephone (602) 542-8349
EducationHealth@azag.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Center for Disability Law, <br><br>  Plaintiff, <br><br> vs. <br><br> Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Aaron Bowen, in his official capacity as Superintendent and Chief Executive Officer of the Arizona State Hospital, <br><br>  Defendants. | Case No. CV-18-02854-PHX-MHB <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Arizona Center for Disability Law and Defendants Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services, and Aaron Bowen, in his official capacity as Superintendent and Chief Executive Officer of the

Arizona State Hospital, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 13th day of November, 2019.

    Arizona Center for Disability Law

    By: *s/ Chris Carlsen*
       Asim Dietrich
       Chris Carlsen
       5025 E. Washington Street, Suite 202
       Phoenix, Arizona 85034
       *Attorneys for Plaintiff*

    MARK BRNOVICH
    Attorney General

    By: *s/ Louis Caputo*
       Louis Caputo
       Aubrey Joy Corcoran
       Kevin D. Ray
       Assistant Attorneys General
       2005 North Central Avenue
       Phoenix, Arizona 85004
       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants of record:

    Louis Caputo (025398)
    Aubrey Joy Corcoran (025423)
    Kevin D. Ray (007485)
    Assistant Attorneys General
    2005 North Central Avenue
    Phoenix, AZ  85004
    Telephone (602) 542-8349
    Louis.Caputo@azag.gov
    AubreyJoy.Corcoran@azag.gov
    Kevin.Ray@azag.gov
    EducationHealth@azag.gov

s/ Christina Gutierrez