# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Center for Disability Law, <br><br> Plaintiff, <br><br> vs. <br><br> Cara M. Christ, in her official capacity as Director of the Arizona Department of Health Services; and Aaron Bowen, in his official capacity as Superintendent and Chief Executive Officer of the Arizona State Hospital, <br><br> Defendants. | Case No. CV-18-02854-PHX-MHB <br><br> **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |

This Court having reviewed the Joint Stipulation between the Plaintiff and Defendants to dismiss this case without prejudice (Doc. 31) pursuant to Fed. R. Civ. P. 41(a)(ii), based the agreement of the parties and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal without Prejudice, Doc. 31, is GRANTED.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed without prejudice.
2. This matter is DISMISSED WITHOUT PREJUDICE.

DATED this ____ day of _____, 2019.