# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Center for Disability Law,<br><br>Plaintiff,<br>vs.<br><br>Cara M. Christ, et al.,<br><br>Defendants. | Case No. CV-18-02854-PHX-MHB<br><br>**ORDER** |

This Court having reviewed the Joint Stipulation of Dismissal Without Prejudice (Doc. 31), pursuant to Fed. R. Civ. P. 41(a)(ii), based the agreement of the parties and good cause appearing,

**IT IS ORDERED** that the parties' Stipulated Motion for Dismissal without Prejudice, Doc. 31, is granted.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed without prejudice. This matter is dismissed without prejudice.

Dated this 15th day of November, 2019.

_____
Honorable Michelle H. Burns
United States Magistrate Judge